BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $27,546.00 IN U.S. CURRENCY,<br><br>Defendant. | 1:13-CV-00239-AWI-SMS<br><br>**DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE** |

This matter is before the Court on plaintiff United States' *Ex Parte* Motion for Default Judgment and Final Judgment of Forfeiture filed July 23, 2013.  No objections have been filed.  Based on the United States' *Ex Parte* Motion for Default Judgment and Final Judgment of Forfeiture, and the files and records of the Court, it is

ORDERED, ADJUDGED, AND DECREED:

1. Crecencio Medrano-Farfan and Olivia Gomez are held in default.

2. A judgment by default is hereby entered against any right, title, or interest in the defendant approximately $27,546.00 in U.S. Currency of Crecencio Medrano-Farfan, Olivia Gomez, and all other potential claimants who have not filed claims in this action.

3. A final judgment is hereby entered forfeiting all right, title, and interest in the defendant approximately $27,546.00 in U.S. Currency, including any and all right, title, and interest of Crecencio Medrano-Farfan and Olivia Gomez; and vesting all right, title,

and interest in the defendant approximately $27,546.00 in U.S. Currency in the United States, to be disposed of according to law.

    4. All parties shall bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated:   January 3, 2014                                     
                                             SENIOR DISTRICT JUDGE